**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON**

| | | |
|---|---|---|
| **TIMOTHY GREGG,** | : | |
| | : | **CASE NO: 2:24-cv-00134-DCR** |
| **Plaintiff,** | : | |
| | : | **JUDGE:** |
| **v.** | : | |
| | : | |
| **ST. ELIZABETH MEDICAL CENTER, INC.** | : | **AFFIDAVIT OF TIMOTHY GREGG** |
| | : | |
| | : | |
| **Defendant.** | : | |

STATE OF OHIO      )
                  ) SS:
COUNTY OF HAMILTON  )

Timothy Gregg, having been first duly sworn under oath, hereby states the following:

1. My name is Timothy Gregg. I am an adult male citizen of the United States and currently reside in Cincinnati, Ohio.

2. I am over the age of 18 and am competent to testify as to all matters described herein.

3. I have read the foregoing Verified Complaint.

4. I am well acquainted with the facts as set forth in the Verified Complaint and the facts stated therein are true to the best of my personal knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Timothy Gregg

The foregoing instrument was sworn, subscribed to, and acknowledged before me in my presence this _27_ day of August 2024.

_____
Notary Public

My Commission Expires: _Does Not Expire_

Robb Sneiderman Stokar, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.