EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is afffected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>473-2024-00093 |
|---|---|---|

Kentucky Commission on Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr. Ms. Mrs.)<br>Timothy Gregg (timothywaynegregg@gmail.com) | Home Phone (Incl. Area Code)<br>859-992-6308 | Date of Birth<br>04 FEB 85 |
|---|---|---|
| Street Address<br>c/o Stokar Law, LLC 404 E. 12th St. - First Floor - Cincinnati, OH 45202 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>St. Elizabeth Medical Center, Inc. ("St. Elizabeth Healthcare") | No. Employees, Members<br>1,000+ | Phone No. (Incl. Area Code)<br>859-301-5580 |
|---|---|---|
| Street Address<br>1 Medical Village Drive | City, State and ZIP Code<br>Edgewood, KY 41017 | |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest:         Latest: 28 AUG 2023
☒ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

1. I am an adult male resident of Ohio.

2. I was hired by respondent in or about September 2011 as a full time employee. My position at the time of hire was service desk analyst.

3. Throughout my employment with respondent, I received regular raises and promotions.

4. I am disabled as defined by the Americans With Disabilities act and can perform my job with or without a reasonable accommodation.

5. Respondent was aware of my disability and I received medical care from Respondent for my disability.

US EEOC
Cincinnatti Area Office
Received 10/10/2023

6. In July 2018, I was diagnosed with Manic Depression Disorder. I had to take a leave of absence from Respondent related to my disability from on or about July 28, 2018 until on or about August 27, 2018.

7. Upon return from my disability leave, Respondent demonstrated hostility towards me on account of my disability and discriminated against me on the basis of my disability.

8. In my 2018 performance evaluation, Gerald "Jerry" Christen referenced my "highs and lows" and my "personal issues," which was a reference to my disability

9. By way of non-exhaustive example, in May 2019, I applied for a lateral transfer. John Proud denied the lateral transfer and stated that I "had ups and down" and he would like to see "more consistency." Such a statement is evidence of Respondent's hostility towards me on account of my disability.

10. On or about May 9, 2019, I engaged in protected activity by complaining to my supervisor about what I reasonably believed to be discrimination against me on account of my disability. Between 2019 and 2023, I had approximately six (6) episodes where my disability caused me to be out of work for a period of time.

11. All leaves taken on account of my disability were approved by Respondent and after each leave, I returned to work and met Respondent's legitimate employment expectations.

12. In or about August 2023, my disability caused me to take leave from on or about August 11, 2023 until August 28, 2023.

13. Upon my return to work on August 28, 2023, I was terminated. The reason given for my termination was "things are just not working out" and they would "have to let [me] go." Based on comments made to me during my termination meeting, the decision to terminate me was made while I was off work on account of my disability.

14. I believe the employer violated the Americans with Disabilities Act (ADA) by terminating my employment without considering if I could perform the essential job functions with or without a reasonable accommodation.  Further, I believe my disability was the proximate cause of my termination and/or I was being retaliated against for complaining about past disability discrimination.

15. I request all available relief including but not limited to compensatory damages, punitive damages, and attorney's fees.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>X | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>06 OCT 23<br>———————————————<br>Date           Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*)<br><br>October 6, 2023 |



Robb Sneiderman Stokar, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.