IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF KENTUCKY – at COVINGTON

| | | |
|---|---|---|
| **Timothy Gregg** | : | Case No. 2:24-cv-00134-DCR |
|     **PLAINTIFF** | : | |
| v. | : | |
| **St. Elizabeth Medical Center, Inc.** | : | |
|     **DEFENDANT** | | |

### FRCP 7.1 STATEMENT

Pursuant to FRCP 7.1, there is no parent corporation or publicly held corporation that owns 10% of any Plaintiff's stock.

Respectfully Submitted,

/s/Christopher Wiest
Christopher Wiest (KBA 90725)
25 Town Center Blvd, STE 104
Crestview Hills, KY 41017
513-257-1895 (v)
chris@cwiestlaw.com
*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon all counsel of record, by filing same in the Court's CM/ECF system, by serving this disclosure with the summons and complaint in this matter, by certified mail, to Defendants, all done this 27 day of August, 2024.

/s/Christopher Wiest