**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

| | | |
|---|---|---|
| **TIMOTHY GREGG** | : | **CASE NO:  2:24-cv-00134-DCR** |
| | : | |
| **Plaintiff,** | : | **JUDGE:  HON. DANNY C. REEVES** |
| | : | |
| **v.** | : | |
| | : | |
| **ST. ELIZABETH MEDICAL CENTER,** | : | **MOTION FOR ADMISSION OF** |
| **INC.** | : | **ROBB S. STOKAR TO APPEAR** |
| | : | *PRO HAC VICE* |
| **Defendant(s).** | : | |

Pursuant to Local Rule 83.2(a) of the United States District Court, Eastern District of Kentucky, Christopher Wiest, attorney for Plaintiff Timothy Gregg in the above-referenced action, hereby moves this Court to admit Robb S. Stokar *pro hac vice* to appear and participate as counsel in this case for Plaintiff Timothy Gregg.

As grounds for this Motion, Movant represents that Attorney Robb S. Stokar:

1.      Is a member in good standing of the highest courts of Illinois and Ohio, as attested by the accompanying certificates from those courts;

2.      Understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion;

3.      Was admitted to the Illinois Bar on November 8, 2007.  A certificate of good standing with the Illinois Bar issued not more than 90 days before filing this motion is attached as Exhibit A;

4.      Was admitted to the Ohio Bar on November 5, 2013.  A certificate of good standing with the Ohio Bar issued not more than 90 days before filing this motion is attached as Exhibit B;

5.      Is not currently nor has ever been disbarred, suspended from practice or subject to

other disciplinary action by any court, state, territory or the District of Columbia.

6.      Consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct;

7.      Is familiar with the federal electronic filing system and uses it on a regular basis; and

8.      Has paid the prescribed *pro hac vice* fee to the Clerk of Court.

Mr. Stokar's relevant identifying information is as follows:

|  |  |
|---|---|
| Business Address: | Stokar Law, LLC |
| | 9200 Montgomery Road |
| | Bldg. E – Suite 18B |
| | Cincinnati, Ohio 45242 |
| Business Telephone: | (513) 500-8511 |
| Business Fax: | (513) 586-0655 |
| Business E-Mail: | rss@stokarlaw.com |
| Illinois Bar No.: | 6293886 |
| Ohio Bar No.: | 0091330 |

WHEREFORE, for the above-stated reasons, Movant hereby requests this Court grant Robb S. Stokar leave to appear *pro hac vice* in the above-captioned matter.  A proposed order is attached.

Respectfully submitted,
*/s/ Christopher Wiest*
Christopher Wiest (KBA 90725)
Chris Wiest, Attorney At Law, PLLC
50 E. Rivercenter Blvd. #1280
Covington, KY 41011
P: 513-257-1895
E: chris@cwiestlaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for *Pro Hac Vice* was electronically filed with

the Clerk of Courts using the CM/ECF system and served on the party below, by ordinary US mail,

this 16 day of September 2024:

ST. ELIZABETH MEDICAL CENTER, INC.
1 Medical Village Drive
Edgewood, KY 41017

*/s/ Christopher Wiest*
Christopher Wiest (KBA 90725)