UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| **TIMOTHY GREGG** | : | **CASE NO:  2:24-cv-00134-DCR** |
| | : | |
| Plaintiff, | : | **JUDGE:  DANNY C. REEVES** |
| | : | |
| v. | : | |
| | : | |
| **ST. ELIZABETH MEDICAL CENTER, INC.** | : | **[PROPOSED] ENTRY GRANTING MOTION FOR ADMISSION OF ROBB S. STOKAR TO APPEAR *PRO HAC VICE*** |
| | : | |
| | : | |
| Defendant(s). | : | |

This matter came before the Court on the Motion that Robb S. Stokar be granted leave to appear *pro hac vice* in this matter.

The Court has reviewed the Motion for Admission of Robb S. Stokar *Pro Hac Vice* and finds that the requirements of the Court's Local Rules for admission *pro hac vice* have been satisfied.  Accordingly, the Motion is GRANTED.

**IT IS SO ORDERED**.

									_____
									Hon. Danny C. Reeves, District Court Judge

Copies Furnished To:

ST. ELIZABETH MEDICAL CENTER, INC.
1 Medical Village Drive
Edgewood, KY 41017

Exhibit C