## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF KENTUCKY – at COVINGTON

| | |
|---|---|
| **Timothy Gregg** : | Case No. 2:24-cv-00134-DCR |
| **PLAINTIFF** : | |
| v. : | |
| **St. Elizabeth Medical Center, Inc.** : | |
| **DEFENDANT** | |

### MOTION FOR ENTRY OF DEFAULT

Pursuant to FRCP 55(a), Plaintiff moves for an entry of default. This matter was served on Defendant's statutory agent, Robert Hoffer, on August 28, 2024. (Doc. 6). Pursuant to FRCP 12, an answer or motion was due within 21 days. That date was September 18, 2024.

Defendant is thus in default. And an entry to that effect should be entered pursuant to FRCP 55(a).

Respectfully Submitted,

/s/Christopher Wiest_____
Christopher Wiest (KBA 90725)
50 E. Rivercenter Blvd., Ste. 1280
Covington, KY 41011
513-257-1895 (v)
chris@cwiestlaw.com
*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing by filing same in the Court's CM/ECF system, and, while not required pursuant to FRCP 5(a)(2), I have also served a copy of the foregoing by service of same by ordinary mail upon the registered agent of Defendant, all done this 19 day of September, 2024.

/s/Christopher Wiest