## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF KENTUCKY – at COVINGTON

| | | |
|---|---|---|
| **Timothy Gregg** | : | Case No. 2:24-cv-00134-DCR |
| **PLAINTIFF** | : | |
| v. | : | |
| **St. Elizabeth Medical Center, Inc.** | : | |
| **DEFENDANT** | | |

### ENTRY OF DEFAULT

Pursuant to FRCP 55(a), entry of default is made in that Defendant, St. Elizabeth Medical Center, Inc. has failed to move, answer, or plead as provided in FRCP 12 within the 21 days allotted by that rule.

IT IS SO ORDERED:


_____

Clerk/Judge