UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:24-cv-00134-DCR

TIMOTHY GREGG                                                         PLAINTIFF

v.

ST. ELIZABETH MEDICAL CENTER, INC.                  DEFENDANT

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT

Comes now Defendant, St. Elizabeth Medical Center, Inc., by counsel, pursuant to Fed. R. Civ. P. 7.1, and for its Corporate Disclosure Statement, states as follows:

1. St. Elizabeth Medical Center, Inc. is not a parent, subsidiary or other affiliate of a publicly owned corporation.

2. There is not a publicly owned corporation, not a party to the case, which has a financial interest in the outcome of the case.

                                                       Respectfully submitted,

                                                       /s/ Nicholas C. Birkenhauer
                                                       Nicholas C. Birkenhauer (KBA #91901)
                                                       Dressman Benzinger LaVelle PSC
                                                       109 E. Fourth St.
                                                       Covington, KY 41011
                                                       (859) 341-1881 (T)
                                                       nbirkenhauer@dbllaw.com

## CERTIFICATE OF SERVICE

I certify that on September 19, 2024, the foregoing was served upon counsel of record via the Court's electronic filing system.

                                                           /s/ Nicholas C. Birkenhauer