UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CIVIL ACTION NO. 2:24-cv-00134-DCR

TIMOTHY GREGG,                                                                                    PLAINTIFF

v.

ST. ELIZABETH MEDICAL CENTER, INC.                                           DEFENDANT

### DENIAL OF ENTRY OF DEFAULT

This matter is before the Clerk of Court upon the plaintiff's Rule 55(a) Request for Entry of Default [Record No. 9] against St. Elizabeth Medical Center, defendant. For the following reason, plaintiff's request is **DENIED**.

Fed. R. Civ. P. 55(a) states that default must be entered by the clerk when "a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend." St. Elizabeth Medical Center, Inc. filed an Answer [Record No. 10] to the plaintiff's complaint on September 19, 2024.

NOW, THEREFORE, based upon the foregoing, the plaintiff's Request for Entry of Default is **DENIED**. For the reasons discussed above, the Clerk is unable to enter default.

This 20th day of September 2024.

ROBERT R. CARR, CLERK
U.S. DISTRICT COURT

By: _s\ Tiffany Barton_____
       Deputy Clerk