## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF KENTUCKY – at COVINGTON

| | | |
|---|---|---|
| **Timothy Gregg** | : | Case No. 2:24-cv-00134-DCR |
| **PLAINTIFF** | : | |
| v. | : | |
| **St. Elizabeth Medical Center, Inc.** | | |
| | : | |
| **DEFENDANT** | | |

### FRCP 26(f) PLANNING REPORT

1.      Pursuant to Fed. R. Civ. P. 26(f), and this Court's Order [Doc. 13], a meeting was held by telephone on November 6, 2024, and was attended by:

Robb Stokar and Christopher Wiest for Plaintiffs;

Nick Birkenhauer for Defendant.

2.      This case involves allegations of violations of the Americans with Disabilities Act, FMLA, and related claims.

3.      The parties will exchange their initial disclosures required under Fed. R. Civ. Pro. 26(a)(1) by November 6, 2024.

4.      The parties do not unanimously consent to jurisdiction of a magistrate judge for all further proceedings, including trial, pursuant to 28 U.S.C. § 636(c).

5.      Discovery Plan (FRCP 26(f)(3)): except as provided elsewhere in this report:

i. Plaintiffs intends to conduct written discovery and take depositions of relevant witnesses related to their claims (liability and damages) and the defenses alleged by Defendants.

1

Defendants intend to conduct written discovery and depositions relating to Plaintiffs' claims (liability and damages), and all defenses alleged by Defendants.

ii. Discovery can and should be commenced immediately, and, as this case is not terribly complex, there is no need to tier discovery.

iii. The limits contained in the civil rules for maximum number of interrogatories, request for admission, and/or depositions are adequate for this case.  The parties agree to consult if developments change this assessment.

6.      All fact discovery completed by July 1, 2025.

7.      Expert witness disclosure and exchange:

a. Plaintiff expert disclosure and report should be completed by June 2, 2025.

b. Defense expert disclosure and report should be completed by June 2, 2025.

c. Any rebuttal experts and reports should be completed by  July 1, 2025.

d.  All expert discovery completed by  August 1, 2025.

8.      Rule 26(e) supplementation should be completed by July 1, 2025.

9.      The Plaintiff and Defendants should amend pleadings or join parties not later than March 14, 2025.

10.      A dispositive motion deadline and *Daubert* motion deadline cutoff should be set for August 25, 2025.

11.      The probable length of trial depends on this Court's determination of what is anticipated to be cross-dispositive motion practice.  An outer limit is six calendar days of trial

2

time, inclusive of jury selection. The Court has indicated that it anticipates trial in 14 months or less (i.e. before December of 2025). The parties are available for trial the weeks of December 8 and December 15, 2025 (and the following Monday, December 22, 2025). The parties respectfully request that the Court not set trial the weeks of November 24, 2025, or the weeks of December 22 or December 29, 2025 to avoid the Thanksgiving and Christmas holidays, and the week of January 5, 2026, due to a previous existing calendar commitment for defense counsel.

12.    Pretrial motions, including FRCP 26(a)(3) disclosures, witness lists, deposition testimony designations, and exhibit lists submitted in advance of the trial date per order of the court once a trial date is scheduled.

13.    FRCP 26(a)(3) objections submitted in advance of the trial date per order of the court once a trial date is scheduled.

14.    Mediation should be scheduled after written discovery is exchanged and party depositions are taken (the parties believe mediation should occur from June to August, 2025, occurring after the disclosure of Plaintiff's experts, but prior to dispositive motion practice in light of avoiding costs of such practice in this case involving fee shifting).

Respectfully Submitted,

/s/ Nicholas C. Birkenhauer_____         /s/Christopher Wiest_____
Nicholas C. Birkenhauer (KBA #91901)                Christopher Wiest (KBA 90725)
Dressman Benzinger LaVelle PSC                      Chris Wiest, Attorney at Law, PLLC
109 E. Fourth St.                                   50 E. Rivercenter Blvd., Ste. 1280

3

Covington, KY 41011
(859) 341-1881 (T)
nbirkenhauer@dbllaw.com
Counsel for Defendant

Covington, KY 41011
(513) 257-1895 (T)
chris@cwiestlaw.com

/s/Robb S. Stokar_____
Robb S. Stokar (PHV)
Stokar Law, LLC
9200 Montgomery Road
Bldg E Suite 18B
Cincinnati, OH 45242
(513) 500-8511 (T)
rss@stokarlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon all counsel of record, by filing same in the Court's CM/ECF system, this 6 day of November, 2024.

/s/Christopher Wiest

4