UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| TIMOTHY GREGG, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2: 24-134-DCR |
| ) | |
| V. ) | |
| ) | |
| ST. ELIZABETH ) | **ORDER** |
| MEDICAL CENTER, INC., ) | |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court's Scheduling Order directs the parties to tender a joint status report the first Monday of each month. [Record No. 15 ¶ 18] However, they have failed to comply with this requirement. Accordingly, it is hereby

**ORDERED** that the parties are directed to **SHOW CAUSE** on or before **Friday, January 17, 2025**, why this matter should not be set for a status conference with the parties' attendance required.

Dated: January 10, 2025.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky