**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

| | | |
|---|---|---|
| **TIMOTHY GREGG,** | : | **CASE NO: 2:24-cv-00134-DCR** |
| | : | |
| Plaintiff, | : | **JUDGE: Danny C. Reeves** |
| | : | |
| vs. | : | **PARTIES' JOINT RESPONSE TO** |
| | : | **SHOW CAUSE AND STATUS REPORT** |
| **ST. ELIZABETH MEDICAL CENTER, INC.,** | : | |
| | : | |
| Defendant. | : | |

NOW COME the Parties, Timothy Gregg and St. Elizabeth Medical Center, Inc., and hereby file their Joint Response to the Court's January 10, 2025 Show Cause and provide the Court a Status Report on the matter.

**Response to Show Cause**

The Parties apologize to the Court for missing the January 6, 2025 Status Report deadline. The abnormal 2024 holiday schedule, with holidays occurring mid-week, was a disruption to the normal workflow of private practice. Additionally, January 5th and 6th were the preparation for, and experience of, one of the largest winter snow events in the region's history. The counties surrounding the Court were subject to snow emergencies, road and school closures, and an overall stoppage of "normal" day to day activities. The combination of the above unique circumstances accounted for the Parties' inexcusable neglect in filing the January 2025 Status report.

To ensure that no future deadlines are missed, the Parties have agreed on a mutual calendaring system with reminder emails to hold all accountable for the obligations to the Court. The Parties Respectfully Request that the Court accept the following Status Report and not issue an order for an in-person conference.

**Status of the Case**

The Parties have been making progress in advancing the case. Each side has served upon the other his/its first set of written discovery requests. Plaintiff served discovery on Defendant on November 8, 2024. Defendant responded to the Interrogatories and Requests for Admission on December 9, 2024. Defendant will tender its responses to Plaintiff's Request for Production of Documents on January 29, 2025, pursuant to an agreement for addition time to tender responses.

Defendant served its written discovery on Plaintiff on December 9, 2024. Pursuant to an agreed extension of time to respond, Plaintiff will respond to the Interrogatories on or before January 22, 2025 and the Request for Production of Documents on or before January 29, 2025.

The Parties anticipate oral discovery starting in late February to early March 2025. Further, the Parties have discussed engaging a mediator at the completion of oral discovery, and prior to dispositive motion briefing.

Respectfully Submitted,

| | |
|---|---|
| Christopher Wiest (KBA 90725)<br>Chris Wiest, Attorney At Law, PLLC<br>50 E. Rivercenter Blvd. #1280<br>Covington, KY 41011<br>Tel: 513-257-1895<br>chris@cwiestlaw.com | */s/ Nicholas C. Birkenhauer*\*<br>Nicholas C. Birkenhauer (KBA 91901)<br>Dressman Benzinger LaVelle PSC<br>109 E. Fourth St.<br>Covington, KY 41011<br>nbirkenhauer@dbllaw.com<br>Attorney for Defendant<br>*St. Elizabeth Medical Center, Inc*<br>\*Via Email Auth 1-13-25 (RSS) |
| */s/ Robb S. Stokar*<br>Robb S. Stokar (Admitted PHV)<br>Stokar Law, LLC<br>9200 Montgomery Road<br>Bldg. E – Unit 18B<br>Cincinnati, Ohio 45242<br>Tel:  (513) 500-8511<br>rss@stokarlaw.com<br>*Counsel for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2025 the foregoing has been filed with the Court's CM/ECF system which shall electronically serve all counsel of record:

.

                                           */s/ Robb S. Stokar*
                                           Robb S. Stokar (*Admitted PHV*)