UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| TIMOTHY GREGG, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2: 24-134-DCR |
| ) | |
| V. ) | |
| ) | |
| ST. ELIZABETH ) | **SCHEDULING ORDER** |
| MEDICAL CENTER, INC., ) | |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Having reviewed the parties' Joint Response to Show Cause and Status Report [Record No. 19], it is hereby

**ORDERED** that the Show Cause Order [Record No. 18] is **SET ASIDE**.

Dated: January 14, 2025.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky