**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

| | | |
|---|---|---|
| **TIMOTHY GREGG,** | : | **CASE NO: 2:24-cv-00134-DCR** |
| | : | |
| **Plaintiff,** | : | **JUDGE: Danny C. Reeves** |
| | : | |
| vs. | : | **PARTIES' JOINT STATUS REPORT** |
| | : | |
| **ST. ELIZABETH MEDICAL CENTER, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

NOW COME the Parties, Timothy Gregg and St. Elizabeth Medical Center, Inc., and hereby file their Joint Status Report in this matter.

The Parties have been making progress in advancing the case. Each party has served upon the other his/its responses to the other party's first set of written discovery requests. Plaintiff served discovery on Defendant on November 8, 2024. Defendant responded to the Interrogatories and Requests for Admission on December 9, 2024. Defendant tendered its responses to Plaintiff's Request for Production of Documents on January 29, 2025, pursuant to an agreement for additional time to tender responses.

Defendant served its written discovery on Plaintiff on December 9, 2024. Pursuant to an agreed extension of time to respond, Plaintiff responded to the Interrogatories on January 22, 2025, and tendered its responses to the Request for Production of Documents on January 29, 2025.

The Parties anticipate oral discovery starting in March 2025. Further, the Parties have discussed engaging a mediator at the completion of oral discovery, and prior to dispositive motion briefing.

Respectfully Submitted,

| | |
|---|---|
| Christopher Wiest (KBA 90725) | */s/ Nicholas C. Birkenhauer* |
| Chris Wiest, Attorney At Law, PLLC | Nicholas C. Birkenhauer (KBA 91901) |
| 50 E. Rivercenter Blvd. #1280 | Dressman Benzinger LaVelle PSC |
| Covington, KY 41011 | 109 E. Fourth St. |
| Tel: 513-257-1895 | Covington, KY 41011 |
| chris@cwiestlaw.com | nbirkenhauer@dbllaw.com |
| | *Counsel for Defendant* |

*/s/ Robb S. Stokar*
Robb S. Stokar (Admitted PHV)
Stokar Law, LLC
9200 Montgomery Road
Bldg. E – Unit 18B
Cincinnati, Ohio 45242
Tel: (513) 500-8511
rss@stokarlaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2025 the foregoing has been filed with the Court's CM/ECF system which shall electronically serve all counsel of record:

                              */s/ Nicholas C. Birkenhauer*
                              Nicholas C. Birkenhauer (KBA 91901)