# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| **TIMOTHY GREGG,** | : | CASE NO: 2:24-cv-00134-DCR |
| | : | |
| Plaintiff, | : | JUDGE:  Danny C. Reeves |
| | : | |
| vs. | : | PARTIES' JOINT STATUS REPORT |
| | : | |
| **ST. ELIZABETH MEDICAL CENTER, INC.,** | : | |
| | : | |
| Defendant. | : | |

NOW COME the Parties, Timothy Gregg and St. Elizabeth Medical Center, Inc., and hereby file their Joint Status Report in this matter.

The Parties have been making progress in advancing the case.  Each party has served upon the other his/its responses to the other party's first set of written discovery requests.

The Parties anticipate oral discovery starting in April 2025.  Further, the Parties have discussed engaging a mediator at the completion of oral discovery, and prior to dispositive motion briefing.

Respectfully Submitted,

Christopher Wiest (KBA 90725)  
Chris Wiest, Attorney At Law, PLLC  
50 E. Rivercenter Blvd. #1280  
Covington, KY 41011  
Tel: 513-257-1895  
chris@cwiestlaw.com

*/s/ Nicholas C. Birkenhauer*  
Nicholas C. Birkenhauer (KBA  91901)  
Dressman Benzinger LaVelle PSC  
109 E. Fourth St.  
Covington, KY 41011  
nbirkenhauer@dbllaw.com  
*Counsel for Defendant*

*/s/ Robb S. Stokar*  
Robb S. Stokar (Admitted PHV)  
Stokar Law, LLC  
9200 Montgomery Road  
Bldg. E – Unit 18B

Cincinnati, Ohio 45242
Tel: (513) 500-8511
rss@stokarlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2025 the foregoing has been filed with the Court's CM/ECF system which shall electronically serve all counsel of record:

                                                      */s/ Christopher Wiest*
                                                      Christopher Wiest (KBA 90725)