**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

| | | |
|---|---|---|
| **TIMOTHY GREGG,** | : | CASE NO: 2:24-cv-00134-DCR |
| Plaintiff, | : | JUDGE: Danny C. Reeves |
| vs. | : | NOTICE OF DEPOSITION OF JOHN PROUD |
| **ST. ELIZABETH MEDICAL CENTER, INC.,** | : | |
| Defendant. | : | |

Please take notice and be advised that on May 30, 2025 at 9:00am at the offices of Dressman Benzinger LaVelle PSC, 109 E. Fourth St. Covington, KY 41011, Plaintiff, by counsel, will take the deposition of John Proud. The deposition shall be taken pursuant to Rule 30 of the Federal Rules of Civil Procedures before a notary public, shall be upon oral examination for all purposes permitted under the Federal Rules of Civil Procedures, and shall be recorded by stenographic and/or video means.

Respectfully Submitted,

| | |
|---|---|
| Christopher Wiest (KBA 90725) | /s/ Robb S. Stokar |
| Chris Wiest, Attorney At Law, PLLC | Robb S. Stokar (Admitted PHV) |
| 50 E. Rivercenter Blvd. #1280 | Stokar Law, LLC |
| Covington, KY 41011 | 9200 Montgomery Road |
| Tel: 513-257-1895 | Bldg. E – Unit 18B |
| chris@cwiestlaw.com | Cincinnati, Ohio 45242 |
| *Counsel for Plaintiff* | Tel: (513) 500-8511 |
| | rss@stokarlaw.com |
| | *Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2025 the foregoing has been filed with the Court's CM/ECF system which shall electronically serve all counsel of record:     .

                                                               /s/ Robb S. Stokar
                                                Robb S. Stokar (*Admitted PHV*)