# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| **TIMOTHY GREGG,** | : | CASE NO: 2:24-cv-00134-DCR |
| | : | |
| Plaintiff, | : | JUDGE: Danny C. Reeves |
| | : | |
| vs. | : | PARTIES' JOINT STATUS REPORT |
| | : | |
| **ST. ELIZABETH MEDICAL CENTER, INC.,** | : | |
| | : | |
| Defendant. | : | |

NOW COME the Parties, Timothy Gregg and St. Elizabeth Medical Center, Inc., and hereby file their Joint Status Report in this matter.

The Parties have been making progress in advancing the case. Plaintiff's deposition and three defense witness depositions occurred in May. Additional defense witness depositions are scheduled for June. The parties anticipate fact discovery will be complete before the June 30, 2025 deadline. Further, the Parties are in the process of scheduling a mediation for late July.

Respectfully Submitted,

Christopher Wiest (KBA 90725)
Chris Wiest, Attorney At Law, PLLC
50 E. Rivercenter Blvd. #1280
Covington, KY 41011
Tel: 513-257-1895
chris@cwiestlaw.com

*/s/ Robb S. Stokar*
Robb S. Stokar (Admitted PHV)
Stokar Law, LLC
9200 Montgomery Road
Bldg. E – Unit 18B
Cincinnati, Ohio 45242
Tel: (513) 500-8511
rss@stokarlaw.com
*Counsel for Plaintiff*

*/s/ Nicholas C. Birkenhauer*
Nicholas C. Birkenhauer (KBA 91901)
Dressman Benzinger LaVelle PSC
109 E. Fourth St.
Covington, KY 41011
nbirkenhauer@dbllaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2025 the foregoing has been filed with the Court's CM/ECF system which shall electronically serve all counsel of record:

/s/ *Nicholas C. Birkenhauer*
Nicholas C. Birkenhauer (KBA 91901)