UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| **TIMOTHY GREGG,** | : | **CASE NO: 2:24-cv-00134-DCR** |
| | : | |
| Plaintiff, | : | **JUDGE: Danny C. Reeves** |
| | : | |
| vs. | : | **PARTIES' JOINT STATUS REPORT** |
| | : | |
| **ST. ELIZABETH MEDICAL CENTER, INC.,** | : | |
| | : | |
| Defendant. | : | |

NOW COME the Parties, Timothy Gregg and St. Elizabeth Medical Center, Inc., and hereby file their Joint Status Report in this matter.

The Parties have been making progress in advancing the case. The Parties completed fact discovery before the June 30, 2025 deadline. The Parties have scheduled mediation on July 29, 2025 with a private mediator.

Respectfully Submitted,

Christopher Wiest (KBA 90725)
Chris Wiest, Attorney At Law, PLLC
50 E. Rivercenter Blvd. #1280
Covington, KY 41011
Tel: 513-257-1895
chris@cwiestlaw.com

*/s/ Nicholas C. Birkenhauer*
Nicholas C. Birkenhauer (KBA 91901)
Dressman Benzinger LaVelle PSC
109 E. Fourth St.
Covington, KY 41011
nbirkenhauer@dbllaw.com
*Counsel for Defendant*

*/s/ Robb S. Stokar*
Robb S. Stokar (Admitted PHV)
Stokar Law, LLC
9200 Montgomery Road
Bldg. E – Unit 18B
Cincinnati, Ohio 45242
Tel: (513) 500-8511
rss@stokarlaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 10, 2025 the foregoing has been filed with the Court's CM/ECF system which shall electronically serve all counsel of record:

*/s/ Nicholas C. Birkenhauer*  
Nicholas C. Birkenhauer (KBA 91901)
