UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| **TIMOTHY GREGG,** | : | CASE NO: 2:24-cv-00134-DCR |
| | : | |
| Plaintiff, | : | JUDGE: Danny C. Reeves |
| | : | |
| vs. | : | PARTIES' JOINT STATUS REPORT |
| | : | |
| **ST. ELIZABETH MEDICAL CENTER, INC.,** | : | |
| | : | |
| Defendant. | : | |

NOW COME the Parties, Timothy Gregg and St. Elizabeth Medical Center, Inc., and hereby file their Joint Status Report in this matter.

The Parties attended mediation on July 29, 2025 with a private mediator. At the mediation, the Parties reached an agreement to fully resolve this matter. The Parties will make a filing within forty-five (45) days of the date of this Joint Status Report facilitating the dismissal of this action.

Respectfully Submitted,

| | |
|---|---|
| Christopher Wiest (KBA 90725) | */s/ Nicholas C. Birkenhauer* |
| Chris Wiest, Attorney At Law, PLLC | Nicholas C. Birkenhauer (KBA 91901) |
| 50 E. Rivercenter Blvd. #1280 | Dressman Benzinger LaVelle PSC |
| Covington, KY 41011 | 109 E. Fourth St. |
| Tel: 513-257-1895 | Covington, KY 41011 |
| chris@cwiestlaw.com | nbirkenhauer@dbllaw.com |
| | *Counsel for Defendant* |

*/s/ Robb S. Stokar*
Robb S. Stokar (Admitted PHV)
Stokar Law, LLC
9200 Montgomery Road
Bldg. E – Unit 18B
Cincinnati, Ohio 45242
Tel: (513) 500-8511
rss@stokarlaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2025 the foregoing has been filed with the Court's CM/ECF system which shall electronically serve all counsel of record.

                                                 */s/ Nicholas C. Birkenhauer*
                                                 Nicholas C. Birkenhauer (KBA 91901)