UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| TIMPTHY GREGG, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2: 24-134-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| ST. ELIZABETH MEDICAL CENTER, INC., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The parties having advised the Court that all matters in dispute have been resolved [Record No. 35], it is hereby

**ORDERED** as follows:

1. Within forty-five days, the parties are directed to tender a Proposed Agreed Order of Dismissal, With Prejudice.

2. The parties are relieved of their filing obligations as outlined in the Scheduling Order [Record No. 15].

3. Trial of this action, previously scheduled to commence January 13, 2026, is **VACATED**.

Dated: August 5, 2025.



Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky