# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| **TIMOTHY GREGG,** | : | **CASE NO: 2:24-cv-00134-DCR** |
| Plaintiff, | : | **JUDGE:** Danny C. Reeves |
| vs. | : | **PROPOSED AGREED ORDER OF DISMISSAL, WITH PREJUDICE** |
| **ST. ELIZABETH MEDICAL CENTER, INC.,** | : | |
| Defendant. | : | |

The parties to this action having advised the Court that they have resolved all claims with respect to this action, and the Court in all respects being sufficiently advised;

**IT IS HEREBY ORDERED** that the Complaint filed in the within action is hereby **DISMISSED WITH PREJUDICE**, each party to pay its own costs.

So ordered this _____ day of _____, 2025.

_____
Danny C. Reeves, United States District Judge

Have seen and agree:

Christopher Wiest (KBA 90725)
Chris Wiest, Attorney At Law, PLLC
50 E. Rivercenter Blvd. #1280
Covington, KY 41011
Tel: 513-257-1895
chris@cwiestlaw.com

*/s/ Nicholas C. Birkenhauer*
Nicholas C. Birkenhauer (KBA 91901)
Dressman Benzinger LaVelle PSC
109 E. Fourth St.
Covington, KY 41011
nbirkenhauer@dbllaw.com
*Counsel for Defendant*

*/s/ Robb S. Stokar*
Robb S. Stokar (Admitted PHV)
Stokar Law, LLC
9200 Montgomery Road
Bldg. E – Unit 18B

Cincinnati, Ohio 45242
Tel: (513) 500-8511
rss@stokarlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on August 26, 2025 the foregoing has been filed with the Court's CM/ECF system which shall electronically serve all counsel of record.

             */s/ Nicholas C. Birkenhauer*
             Nicholas C. Birkenhauer