UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| TIMOTHY GREGG, ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> ST. ELIZABETH ) <br> MEDICAL CENTER, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 2: 24-134-DCR <br><br> **ORDER** |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The parties having tendered a Proposed Agreed Order of Dismissal with Prejudice [Record No. 37], it is hereby **ORDERED** as follows:

1. The parties' Proposed Agreed Order of Dismissal with Prejudice, docketed as a motion [Record No. 37], is **GRANTED**. All claims asserted in this action and those that could have been asserted by Plaintiff Timothy Gregg against Defendant Saint Elizabeth Medical Center, Inc., are **DISMISSED** with prejudice.

2. This action is **DISMISSED** and **STRICKEN** from the docket. The parties shall bear their respective costs, fees, and expenses.

Dated: August 27, 2025.



Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky